588

330 A.2d 853

**In re ESTATE of Ruth Porter SMITH, Deceased.**

**Appeal of COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.
Argued Nov. 20, 1974.
Decided Jan. 27, 1975.

Israel Packel, Atty. Gen., Vincent J. Dopko, Deputy Atty. Gen., Catherine G. Barone, Asst. Atty. Gen., Michael von Moschzisker, Deputy Atty. Gen., Eastern Regional Director, Philadelphia, for the Commonwealth of Pennsylvania.

Leonard F. Markel, Norristown, for the appellee, Estate of Ruth Porter Smith, Dec'd.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

PER CURIAM.

Decree affirmed. Costs to be paid by appellant.